**Order entered September 5, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00822-CR

**WILLIAM TRAVIS HENDRIX, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-82997-2017**

## ORDER

Before the Court is appellant's August 31, 2018 motion to substitute counsel. We **GRANT** the motion and **DIRECT** the Clerk of the Court to **REMOVE** Andrew L. Farkas and **SUBSTITUTE** Kristin R. Brown as counsel for appellant. All future correspondence should be sent to The Law Office of Kristin R. Brown, PLLC; 17304 Preston Road; Suite 1250; Dallas, Texas 75252; telephone: (214) 446-3909; facsimile: (214) 481-4868; email: kbrown@idefenddfw.com.

/s/    LANA MYERS
        JUSTICE